UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LISA VASQUEZ, *On Behalf of Herself and on Behalf of her Infant* DAUGHTER, J.V.,

                              Plaintiff,

-against-

THE REECE SCHOOL,

                              Defendant.
-----------------------------------------------------------------X

**ORDER**

**22-CV-5986 (GHW) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       This case was referred to Magistrate Judge Willis on July 15, 2022 for general pretrial and dispositive motions. Dkt. No. 5. The parties are directed to contact Courtroom Deputy Christopher Davis via e-mail at WillisNYSDChambers@nysd.uscourts.gov and provide three mutually agreeable dates for an Initial Case Management Conference by **August 15, 2022**. Proposed dates should be in the second and third weeks of September.

       SO ORDERED.

DATED:    New York, New York
               August 10, 2022

                                                              *Jennifer E. Willis*
                                                              JENNIFER E. WILLIS
                                                              United States Magistrate Judge