UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

LISA VASQUEZ, *On Behalf of Herself and on Behalf of her Infant* DAUGHTER, J.V.,

                        Plaintiff,

-against-

THE REECE SCHOOL,

                        Defendant.
-------------------------------------------------------------------X

**ORDER**

**22-cv-5986 (GHW) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Oral argument on the pending Motion to Dismiss will be heard on **September 13, 2023,** at **11:30 a.m**. in Courtroom 228, 40 Foley Square.

    SO ORDERED.

DATED:    New York, New York
                July 21, 2023

                                                     */s/ Jennifer E. Willis*
                                                     JENNIFER E. WILLIS
                                                     United States Magistrate Judge