UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

LISA VASQUEZ, *On Behalf of Herself and on Behalf of her Infant* DAUGHTER, J.V.,

                Plaintiff,

-against-

THE REECE SCHOOL,

                Defendant.
-------------------------------------------------------------------X

**ORDER**

**22-CV-5986 (GHW) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

Judge Woods issued an order adopting this Court's Report and Recommendation granting in part the Defendants' Motion to Dismiss. Dkt. No. 41. The Parties shall provide a joint status update by **May 3rd** on whether discovery is complete and whether either Party seeks to move for summary judgment. Should either Party wish to move for summary judgment, they shall propose a briefing schedule.

    SO ORDERED.

DATED:   New York, New York
             April 24, 2024

*/s/ Jennifer E. Willis*
_____
JENNIFER E. WILLIS
United States Magistrate Judge