**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
LISA VASQUEZ, on behalf of herself and on
behalf of her infant daughter, J.V.,

                      Plaintiffs,

      -against-                                      22 **CIVIL** 5986 (GHW)(JW)

                                                                 **JUDGMENT**

THE REECE SCHOOL,

                      Defendant.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 8, 2024, Plaintiffs' remaining state law claims against Defendants are dismissed without prejudice for lack of subject matter jurisdiction; and Plaintiffs' 42 U.S.C. § 1983 claim, 29 U.S.C. § 794 claim, and negligent infliction of emotional distress claim against Defendants are dismissed with prejudice. Judgment is entered for Defendants; accordingly, the case is closed.

**Dated:**  New York, New York

       May 8, 2024

                                                             **RUBY J. KRAJICK**

                                                              **Clerk of Court**

                                 **BY:**      *K. Mango*

                                                              **Deputy Clerk**